IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DAVID MICHAEL MONTGOMERY, #412-797, SID #2405284 | * * * | |
| Plaintiff, | * * | |
| v | * * | Civil Action No.  ELH-16-377 |
| WARDEN | * * | |
| Defendant. | * | |

\*\*\*

**MEMORANDUM**

Plaintiff David Michael Montgomery, an inmate at Patuxent Institution in Jessup, Maryland, has accumulated "three strikes" under the provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g) (2012), and is barred from filing cases unless he pays the filing fee or demonstrates that he is in imminent danger of serious physical injury. *See Montgomery v. Animation Adventer's Computer Game Internet Ower, All Viewers, Civil Action* No. ELH-1772 (assigning Montgomery's third "strike" under 28 U.S.C. §1915(g)).

On February 8, 2016, Montgomery submitted a letter complaining that in 2008 he filed a complaint with the State Treasurer in Annapolis, requesting $1 million for injuries he sustained during the time he was housed at the Annapolis Detention Center. (ECF 1).  Montgomery seeks a copy of that complaint and asks whether he is eligible to receive damages.

Review of the numerous cases Montgomery has filed in this court demonstrates that none was filed against Nancy K. Kopp, Treasurer of Maryland. Montgomery should present his concerns in the appropriate state forum, not here. To the extent Montgomery intends his correspondence to serve as a new federal complaint, he has neither paid the $400 filing fee, nor demonstrated that he is in imminent danger of physical injury as is required under 28 U.S.C.

§1915(g).  Nor does Montgomery raise a federally cognizable claim.

For these reasons this case will be dismissed, without prejudice, pursuant to 28 U.S.C. §1915(g).  A separate Order follows.


  February 29, 2016                                                             /s/                                
Date                                                                         Ellen L. Hollander
                                                                                  United States District Judge